David S. Golub, (*pro hac vice*)
Steven L. Bloch, (*pro hac vice pending*)
Ian W. Sloss, (*pro hac vice*)
Jennifer Sclar, (*pro hac vice*)
John Seredynski, (*pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
dgolub@sgtlaw.com

***Attorneys for Plaintiffs A.A. et. al. and Putative Class***

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

***Attorney for Plaintiffs Jody Villanueva et. al. and Putative Class***
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

A.A., a minor, by and through their guardian at litem, MARCELO MUTO; A.B., a minor, by and through their guardian at litem, HEATHER BRESSETTE; and A.C., a minor, by and through their guardian at litem, DARRYL MAULTSBY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

BYTEDANCE INC.; BYTEDANCE LTD.; TIKTOK LTD.; TIKTOK INC.; TIKTOK PTE. LTD.; and TIKTOK U.S. DATA SECURITY INC.,

Defendants.

Case No: 2:24-cv-06784 ODW (RAOx)

**CLASS ACTION**

**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

DATE: January 6, 2025
TIME: 1:30 p.m.
JUDGE: Hon. Otis D. Wright II
DEPT.: Courtroom 5D

| | |
|---|---|
| JODY VILLANUEVA, on behalf of J.C.; ANGELA FAUCETT, on behalf of K.F.; and LAMARTINE PIERRE, JR., on behalf of C.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>BYTEDANCE INC.; BYTEDANCE LTD.; TIKTOK LTD.; TIKTOK INC.; TIKTOK PTE. LTD.; and TIKTOK U.S. DATA SECURITY INC.,<br><br>Defendants. | Case No: 2:24-cv-07922 ODW (RAOx) |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, January 6, 2025, at 1:30 p.m. or as soon thereafter as the motion may be heard before the Honorable Otis D. Wright II in Courtroom 5D of the United States District Court for the Central District of California, Western Division (Los Angeles), 350 W. 1st Street, 5th Floor, Los Angeles, California 90012, Plaintiffs in the above-captioned matters, *A.A. et al. v. ByteDance Inc. et al.,* No. 2:24-cv-06784-ODW (C.D. Cal.) and *Villanueva et al. v. ByteDance Inc.,* No. 2:24-cv-07922-ODW (C.D. Cal.) will and hereby do jointly move the Court for an order:

Appointing Steven L. Bloch of Silver Golub & Teitell ("Silver Golub")[1] and Eric Kafka of Cohen Milstein Sellers & Toll ("Cohen Milstein") as Interim Class Counsel in *IN RE TIKTOK CHILDREN'S PRIVACY LITIGATION*, and all other actions consolidated into it, including *A.A. et al. v. ByteDance Inc. et al.,* No. 2:24-cv-06784-ODW (C.D. Cal.) and *Villanueva et al. v. ByteDance Inc.,* No. 2:24-cv-07922-ODW (C.D. Cal.) pursuant to Fed. R. Civ. P. 23(g). Plaintiffs' motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Firm Resumes attached as Exhibits A-B; the Proposed Order submitted herewith; and any other matter the Court may wish to consider.

## CERTIFICATE OF COMPLIANCE WITH L.R. 7-3

This Motion for Appointment of Interim Class Counsel was filed after a conference of counsel pursuant to L.R. 7-3, which took place telephonically on November 7, 2024. Defendants stated that they took no position on this Motion.

[1] As of the filing of this motion, Mr. Bloch's pro hac vice application was pending before the Court.

Pursuant to Local Rule 5-4.3.4, by my signature below, I, Patrick Carey, attest that all other signatories concur in the filing's content and have authorized this filing.

Dated: November 21, 2024

By: */s/ Patrick Carey*

Patrick Carey, (Bar No. 308623)
Mark Todzo, (Bar No. 168389)
**LEXINGTON LAW GROUP, LLP**
503 Divisadero Street
San Francisco, California 94105
Telephone: (415) 913-7800
pcarey@lexlawgroup.com
mtodzo@lexlawgroup.com

David S. Golub, (*pro hac vice*)
Steven L. Bloch, (*pro hac vice*)
Ian W. Sloss, (*pro hac vice*)
Jennifer Sclar, (*pro hac vice*)
John Seredynski, (*pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
dgolub@sgtlaw.com

***Attorneys for Plaintiffs A.A. et. al. and Putative Class***

By: */s/ Eric Kafka*

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Karina Puttieva (SBN 317702)
Jenna Waldman (SBN 341491)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
jwaldman@cohenmilstein.com

PAUL HOFFMAN (SBN 71244)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
Telephone: (424) 297-0114
Facsimile: (310) 399-7040
hoffpaul@aol.com

***Attorneys for Plaintiffs Jody Villanueva et. al. and Putative Class***