UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06784-ODW (RAOx) | Date | January 6, 2025 |
| Title | *A.A. et al. v. Bytedance Inc. et al.* | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge |

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **In Chambers**

On December 16, 2024, Plaintiffs filed the Consolidated Class Action Complaint. (Compl., ECF No. 53.) Plaintiffs Jody Villanueva, Alexis Douglas, Marcelo Muto, Heather Bresette, Darryl Maultsby, Ryan Hoyt, Valerie Gates, Lamartine Pierre, Angela Faucett, and Kayla Jaramillo (collectively, "Guardians") seek to represent the interests of their children as the guardian ad litem. (Compl. ¶¶ 20–29.) However, to date, Guardians have yet to apply to this Court for appointment as guardian ad litem.

Under Federal Rule of Civil Procedure ("Rule" or "Rules") 7(c), a minor child without a duly appointed representative may be represented by a next friend or guardian ad litem. However, that guardian ad litem must be appointed by the Court. *Id.* The application for guardian ad litem status must be filed at the time of a minor's first appearance. L.R. 17-1.1.

With no guardian ad litem application filed and, as such, no valid representation of the minors, the Court **STRIKES** the Consolidated Class Action Complaint. Plaintiffs may refile the Consolidated Class Action Complaint properly listing minor plaintiffs by and through their guardian ad litem. Guardians must also submit Petitions for the Appointment of a Guardian Ad Litem pursuant to Local Rule 17-1.1.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE