**BRADLEY/GROMBACHER, LLP**
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: kgrombacher@bradleygrombacher.com
*Attorney for Applicant Nick McKissick, on Behalf of A.M*

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Sin-Ting Mary Liu (Cal. Bar No. 282884)
Bryan F. Aylstock (Fla. Bar 78263)
D. Nicole Guntner (Fla. Bar 1028925)
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Email: baylstock@awkolaw.com
Email: nguntner@awkolaw.com
Email: mliu@awkolaw.com
*Attorneys for Applicants Scott Humbert on behalf of E.H. and J.H.; Tonia Lightwine, on behalf of B.L.; Monroe Seigle, on behalf of M.S.; and Nick McKissick, on Behalf of A.M.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.A., a minor, by and through their guardian ad litem, Marcelo Muto; A.B., a minor, by and through their guardian ad litem Heather Bressette ; and A.C., a minor, by and through their guardian ad litem Darryl Maultsby, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br><br>BYTEDANCE, INC.; BYTEDANCE LTD.; TIKTOK LTD.; TIKTOK INC.; TIKTOK PTE. LTD.; AND TIKTOK U.S. DATA SECURITY, INC.,<br>Defendants. | **Lead Case No.: 2:24-cv-06784-ODW-RAO**<br>**[Assigned to Hon. Otis D. Wright, II]**<br><br>**ADDITIONAL EXHIBITS TO AMENDNED NOTICE OF MOTION, BRIEF IN SUPPORT OF MOTION TO INTERVENE** |