David S. Golub, (pro hac vice)
Steven Bloch, (pro hac vice)
Ian W. Sloss, (pro hac vice)
Jennifer Sclar, (pro hac vice)
John Seredynski, (pro hac vice forthcoming)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
dgolub@sgtlaw.com
sbloch@sgtlaw.com

Patrick Carey, (Bar No. 308623)
Mark Todzo, (Bar No. 168389)
**LEXINGTON LAW GROUP, LLP**
503 Divisadero Street
San Francisco, California 94105
Telephone: (415) 913-7800
pcarey@lexlawgroup.com
mtodzo@lexlawgroup.com

Eric Kafka (pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Karina Puttieva (SBN 317702)
Jenna Waldman (SBN 341491)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
jwaldman@cohenmilstein.com

*Attorneys for Plaintiffs and Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

J.C., a minor, by and through their guardian ad litem, JODY VILLANUEVA; A.J., a minor, by and through their guardian ad litem, ALEXIS DOUGLAS; B.M., a minor, by and through their guardian ad litem, MARCELO MUTO; L.F., a minor, by and through their guardian ad litem, HEATHER BRESETTE; D.M., a minor, by and through their guardian ad litem, DARRYL MAULTSBY; D.R.H., D.W.H., and R.W., minors, by and through their guardian ad litem, RYAN HOYT; M.G., a minor, by and through their guardian ad litem, VALERIE GATES; C.P., a minor, by and through their guardian ad litem, LAMARTINE PIERRE, JR.; K.F., a minor, by and through their guardian ad litem, ANGELA FAUCETT; and J.W., a minor, by and through their guardian ad litem, KAYLA JARAMILLO,

Case No.: 2:24-cv-06784-ODW-RAO

**OMNIBUS PETITION FOR APPOINTMENT OF GUARDIANS AD LITEM**

individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BYTEDANCE LTD; BYTEDANCE INC; TIKTOK LTD; TIKTOK INC; TIKTOK PTE. LTD; and TIKTOK U.S. DATA SECURITY INC.,

Defendants.

Petitioners JODY VILLANUEVA, on behalf of Plaintiff J.C., a minor, ALEXIS DOUGLAS, on behalf of Plaintiff A.J., a minor, MARCELO MUTO, on behalf of Plaintiff B.M., a minor, HEATHER BRESETTE, on behalf of Plaintiff L.F., a minor, DARRYL MAULTSBY, on behalf of Plaintiff D.M., a minor, RYAN HOYT, on behalf of Plaintiffs D.R.H., D.W.H., and R.W., minors, VALERIE GATES, on behalf of Plaintiff M.G., a minor, LAMARTINE PIERRE, JR., on behalf of Plaintiff C.P., a minor, ANGELA FAUCETT, on behalf of Plaintiff K.F., a minor, and KAYLA JARAMILLO, on behalf of Plaintiff J.W., a minor (collectively, the "Petitioners"), respectfully submit this omnibus Petition requesting that the Court enter an order appointing Petitioners as Guardians Ad Litem for purposes of this litigation.

Petitioners submit this Omnibus Petition for the Appointment of Guardians Ad Litem pursuant to the Court's January 6, 2025 Order and Local Rule 17.1.1. *See* Minute Order, Dkt. No. 62. Petitioners are all the "general guardians" – i.e., the parents – of the Minor Plaintiffs that they seek to represent.[1]

Rule 17 of the Federal Rules of Civil Procedure requires a court to take proper measures to protect a minor during litigation, including appointing a guardian ad litem for a minor without a duly appointed representative. Fed. R. Civ. P. 17(c). "The decision to appoint a guardian ad litem under Rule 17(c) is normally left to the sound discretion of the trial court[.]" *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014). 'When there is no conflict of interest, the guardian ad litem appointment is usually made on ex parte application and involves minimal exercise of discretion by the trial court." *Student A v. Berkeley Unified School District*, Case No. 17-cv-02510-MEJ, 2017 WL 2171254, at *1 (N.D. Cal. May 17, 2017); *Angel v. Marten*, No. 21-cv-07333-ODW, 2021 WL 9968353,

[1] Fed. R. Civ. P. 17(c)(1)(A) provides that a general guardian "may sue or defend on behalf of a minor or an incompetent person." Accordingly, Petitioners respectfully reserve the right to argue that they could represent their children in this litigation as general guardians pursuant to Fed. R. Civ. P. 17(c)(1)(A) without being appointed guardians ad litem.

at *1 (C.D. Cal. Nov. 24, 2021) (same). There are no special requirements for the person acting as guardian ad litem, and the main focus is furthering the best interests of the minor. *Kulya v. City and County of San Francisco*, No. C 06-06539 JSW, 2007 WL 760776, at *1 (N.D. Cal. Mar. 9, 2007).

JODY VILLANUEVA, mother of J.C., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff J.C. *See* Exhibit 1 – Declaration of JODY VILLANUEVA in Support of Motion for Appointment as Guardian ad Litem. JODY VILLANUEVA has a strong interest in J.C.'s welfare. JODY VILLANUEVA is willing and able to pursue this action on behalf of J.C., has no conflicts of interest, and is acting in good faith.

ALEXIS DOUGLAS, mother of A.J., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff A.J. *See* Exhibit 2 – Declaration of ALEXIS DOUGLAS in Support of Motion for Appointment as Guardian ad Litem. ALEXIS DOUGLAS has a strong interest in A.J.'s welfare. ALEXIS DOUGLAS is willing and able to pursue this action on behalf of A.J., has no conflicts of interest, and is acting in good faith.

MARCELO MUTO, father of B.M., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff B.M. *See* Exhibit 3 – Declaration of MARCELO MUTO in Support of Motion for Appointment as Guardian ad Litem. MARCELO MUTO has a strong interest in B.M.'s welfare. MARCELO MUTO is willing and able to pursue this action on behalf of B.M., has no conflicts of interest, and is acting in good faith.

HEATHER BRESETTE, mother of L.F., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff L.F. *See* Exhibit 4 – Declaration of HEATHER BRESETTE in Support of Motion for Appointment as Guardian ad Litem. HEATHER BRESETTE has a strong interest in L.F.'s welfare. HEATHER BRESETTE is willing and able to pursue this action on behalf of L.F., has no conflicts of interest, and is acting in good faith.

DARRYL MAULTSBY, father of D.M., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff D.M. *See* Exhibit 5 – Declaration of DARRYL MAULTSBY in Support of Motion for Appointment as Guardian ad Litem. DARRYL MAULTSBY has a strong interest in D.M.'s welfare. DARRYL MAULTSBY is willing and able to pursue this action on behalf of D.M., has no conflicts of interest, and is acting in good faith.

RYAN HOYT, father of D.R.H., D.W.H., and R.W., minors, meets the requirements to be appointed as guardian ad litem for Plaintiffs D.R.H., D.W.H., and R.W. *See* Exhibit 6 – Declaration of RYAN HOYT in Support of Motion for Appointment as Guardian ad Litem. RYAN HOYT has a strong interest in D.R.H.'s, D.W.H.'s, and R.W.'s welfare. RYAN HOYT is willing and able to pursue this action on behalf of D.R.H., D.W.H., and R.W., has no conflicts of interest, and is acting in good faith.

VALERIE GATES, mother of M.G., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff M.G. *See* Exhibit 7 – Declaration of VALERIE GATES in Support of Motion for Appointment as Guardian ad Litem. VALERIE GATES has a strong interest in M.G.'s welfare. VALERIE GATES is willing and able to pursue this action on behalf of M.G., has no conflicts of interest, and is acting in good faith.

LAMARTINE PIERRE, JR., father of C.P., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff C.P. *See* Exhibit 8 – Declaration of LAMARTINE PIERRE, JR. in Support of Motion for Appointment as Guardian ad Litem. LAMARTINE PIERRE, JR. has a strong interest in C.P.'s welfare. LAMARTINE PIERRE, JR. is willing and able to pursue this action on behalf of C.P., has no conflicts of interest, and is acting in good faith.

ANGELA FAUCETT, mother of K.F., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff K.F. *See* Exhibit 9 – Declaration of ANGELA FAUCETT in Support of Motion for Appointment as Guardian ad Litem. ANGELA

FAUCETT has a strong interest in K.F.'s welfare. ANGELA FAUCETT is willing and able to pursue this action on behalf of K.F., has no conflicts of interest, and is acting in good faith.

KAYLA JARAMILLO, mother of J.W., a minor, meets the requirements to be appointed as guardian ad litem for Plaintiff J.W. *See* Exhibit 10 – Declaration of KAYLA JARAMILLO in Support of Motion for Appointment as Guardian ad Litem. KAYLA JARAMILLO has a strong interest in J.W.'s welfare. KAYLA JARAMILLO is willing and able to pursue this action on behalf of J.W., has no conflicts of interest, and is acting in good faith.

No previous petition for appointment of a guardian ad litem has been filed in this matter.

WHEREFORE, Petitioners hereby move the Court for an order appointing JODY VILLANUEVA as guardian ad litem for Plaintiff J.C., ALEXIS DOUGLAS as guardian ad litem for Plaintiff A.J., MARCELO MUTO as guardian ad litem for Plaintiff B.M., HEATHER BRESETTE as guardian ad litem for Plaintiff L.F., DARRYL MAULTSBY as guardian ad litem for Plaintiff D.M., RYAN HOYT as guardian ad litem for Plaintiffs D.R.H., D.W.H., and R.W., VALERIE GATES as guardian ad litem for Plaintiff M.G., LAMARTINE PIERRE, JR. as guardian ad litem for Plaintiff C.P., ANGELA FAUCETT as guardian ad litem for Plaintiff K.F., and KAYLA JARAMILLO as guardian ad litem for Plaintiff J.W. for the purpose of this litigation.

Pursuant to Local Rule 5-4.3.4, by my signature below, I, Eric Kafka, attest that all other signatories concur in the filing's content and have authorized this filing.

Dated: January 15, 2025

Respectfully submitted,

By: /s/ Steven L. Bloch

David S. Golub, (pro hac vice)
Steven L. Bloch, (pro hac vice)
Ian W. Sloss, (pro hac vice)

Jennifer Sclar, (pro hac vice)
John Seredynski, (pro hac vice)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
dgolub@sgtlaw.com
sbloch@sgtlaw.com

Patrick Carey, (Bar No. 308623)
Mark Todzo, (Bar No. 168389)
LEXINGTON LAW GROUP, LLP
503 Divisadero Street
San Francisco, California 94105
Telephone: (415) 913-7800
pcarey@lexlawgroup.com
mtodzo@lexlawgroup.com

By: /s/ Eric Kafka

Eric Kafka (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Karina Puttieva (SBN 317702)
Jenna Waldman (SBN 341491)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
jwaldman@cohenmilstein.com

Paul Hoffman (SBN 71244)
SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP
200 Pier Ave., Suite 226
Hermosa Beach, CA 90254
Telephone: (424) 297-0114
Facsimile: (310) 399-7040
hoffpaul@aol.com

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for the Plaintiffs, certifies that this brief contains 1,289 words, which complies with the word limit of L.R. 11-6.1.

Dated: January 15, 2025

Respectfully Submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Eric Kafka*
Eric Kafka
Attorney for Plaintiffs and Putative Class