DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN J. McINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

J.C., a minor, by and through their guardian ad litem, JODY VILLANUEVA, *et al.*,

Plaintiffs,

v.

BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK LLC, TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,

Defendants.

Case No. 2:24-cv-06784 ODW (RAOx)

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Hon. Otis D. Wright II
Hearing Date: April 28, 2025
Time: 1:30 p.m.
Courtroom: 5D

TO ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 28, 2025 at 1:30 p.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable Otis D. Wright, II of the above-titled Court, located at 350 West First Street, 6th Floor, Los Angeles, California 90012, Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants") will move the Court to dismiss the Complaint filed by J.C., a minor, by and through their guardian ad litem, Jody Villanueva; A.J., a minor, by and through their guardian ad litem, Alexis Douglas; B.M., a minor, by and through their guardian ad litem, Marcelo Muto; L.F., a minor, by and through their guardian ad litem, Heather Bresette; D.M., a minor, by and through their guardian ad litem, Darryl Maultsby; D.R.H., D.W.H., and R.W., minors, by and through their guardian ad litem, Ryan Hoyt; M.G., a minor, by and through their guardian ad litem, Valerie Gates; C.P., a minor, by and through their guardian ad litem, Lamartine Pierre, Jr.; K.F., a minor, by and through their guardian ad litem, Angela Faucett; and J.W., a minor, by and through their guardian ad litem, Kayla Jaramillo (collectively, "Plaintiffs") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This motion is made pursuant to Rule 12(b)(1) on the ground that Plaintiffs have not plausibly alleged that they have Article III standing to pursue any of their claims. Plaintiffs have not pleaded facts sufficient to show that they suffered a cognizable injury as a result of Defendants' alleged conduct.

This motion is made pursuant to Rule 12(b)(6) on the ground that Plaintiffs have failed to state a claim upon which relief can be granted. Plaintiffs have not plausibly alleged that Defendants' conduct constitutes an invasion of privacy; that Plaintiffs have suffered an injury sufficient to satisfy the statutory requirements for their unfair-competition claims; or that Defendants were unjustly enriched at

Plaintiffs' expense. Plaintiffs also have not plausibly alleged that they lack an adequate remedy at law, as required to sustain their plea for equitable relief.

This motion shall be based on the Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Proposed Order, the pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on Wednesday, January 22, 2025.

Dated: January 29, 2025

O'MELVENY & MYERS LLP

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

*Attorney for Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: January 29, 2025

*<u>/s/ Daniel M. Petrocelli</u>*
Daniel M. Petrocelli