1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a minor, by and through their guardian ad litem, JODY VILLANUEVA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK LLC, TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>Defendants. | Case No. 2:24-cv-06784 ODW(RAOx)<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

1        This matter comes before the Court on the parties' Stipulation to Set Briefing

2 Schedule for Defendants' Motion to Dismiss (the "Stipulation"). The Court, being

3 fully advised and for good cause shown, hereby **GRANTS** the Stipulation.

4        The Court **ORDERS** the briefing schedule for Defendants' motion to dismiss

5 as follows:

6        Deadline to File Opposition:      March 5, 2025

7        Deadline to File Reply Brief:      March 26, 2025

8        Hearing on the Motion:      April 28, 2025 at 1:30 p.m.

9

10     **IT IS SO ORDERED.**

11

12 Dated:   02-10-2025

                                        Hon. Otis D. Wright II

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO
SET BRIEFING SCHEDULE FOR DEFS.'
MTD
No. 2:24-cv-06784 ODW(RAOx)