Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone:  (212) 838-7797
Facsimile:   (212) 838-7745

Steven Bloch (*pro hac vice*)
sbloch@sgtlaw.com
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone:  (203) 325-4491
Facsimile:  (203) 325-3769

*Attorneys for Plaintiffs and Putative Class*

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.C., A MINOR, BY AND THROUGH THEIR GUARDIAN AD LITEM, JODY VILLANUEVA, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK INC., TIKTOK LLC, TIKTOK U.S. DATA SECURITY, INC., TIKTOK PTE. LTD., and TIKTOK LTD.,<br><br>    Defendants. | CASE NO. 2:24-cv-06784-ODW-RAOx<br><br>**RULE 41 STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the court's Order in the consolidated MDL case, *In re TikTok, Inc., Minor Privacy Litigation* (2:25-ml-3144, C.D. Cal.) (ECF No. 178), the Parties hereby stipulate to dismiss the following Plaintiff from the above-captioned action, without prejudice:

- Plaintiff D.M., a minor, by and through their parent and guardian ad litem, Darryl Maultsby

This Stipulation does not dismiss or otherwise affect the claims of any remaining named Plaintiff.

Dated: February 12, 2026

Respectfully submitted,

By: */s/ Steven L. Bloch*

David S. Golub, (*pro hac vice*)
Steven Bloch, (*pro hac vice*)
Ian W. Sloss, (*pro hac vice*)
Jennifer Sclar, (*pro hac vice*)
John Seredynski, (*pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
dgolub@sgtlaw.cow

By: */s/ Eric Kafka*

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Karina Puttieva (SBN 317702)
Jenna Waldman (SBN 341491)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
kputtieva@cohenmilstein.com
jwaldman@cohenmilstein.com


By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars,
Suite 800 Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

STEPHEN D. BRODY (pro hac vice)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants ByteDance Ltd.,
ByteDance Inc., TikTok Ltd., TikTok Inc.,*

*TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Eric Kafka, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 13th day of February, 2026, at New York, New York.


*/s/ Eric Kafka*
Eric Kafka

## CERTIFICATE OF SERVICE

I, Samuel Roth, hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Samuel Roth*
Samuel Roth